THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00070-MR-WCM-12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JANE IVISON GILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's filing, which was addressed to the undersigned's chambers. [Doc. 885].

By the present filing, the Defendant appears to be seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), which allows the Court to reduce or modify a sentence when a defendant was sentenced to a term of imprisonment based upon a sentencing range that was subsequently lowered and made retroactive by the United States Sentencing Commission. See 18 U.S.C. § 3582(c)(2). The Defendant's filing, however, is simply a standard AO form order with a box checked indicating that the order is "upon motion of the defendant." [Doc. 885 at 1]. The Defendant does not state any grounds for the relief sought. Particularly, she does not identify the amendment to the United States Sentencing Guidelines under which she

seeks relief. Thus, to the extent that the Defendant intends to seek a reduction of her sentence pursuant to 18 U.S.C. § 3582(c)(2), her motion is denied without prejudice.

The Defendant is advised that the Court can only act on motions that are filed with the Clerk's Office. Future filings that are sent directly to the undersigned and that fail to present a motion upon which the Court can rule will be disregarded.

**IT IS, THEREFORE, ORDERED** that the Defendant's filing, which the Court construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 885] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: April 29, 2024

Martin Reidinger
Chief United States District Judge